**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**James GLENN, Appellee.**

Supreme Court of Pennsylvania.

Submitted Jan. 13, 2004.

Decided March 23, 2004.

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Duane OHL, Appellee.**

Supreme Court of Pennsylvania.

Submitted Jan. 13, 2004.

Decided March 23, 2004.

Jennifer Anne Buck, Diane E. Gibbons, Doylestown, for Commonwealth of Pennsylvania.

Bradley Harry Bastedo, Doylestown, for James Glenn.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

Michelle Ann Henry, Diane E. Gibbons, Doylestown, for Commonwealth of Pennsylvania.

Richard S. Wasserbly, Doylestown, for Duane Ohl.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

***ORDER***

PER CURIAM:

**AND NOW,** this 23rd day of March, 2004, the order of the Bucks County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Of-

***ORDER***

PER CURIAM:

**AND NOW,** this 23rd day of March, 2004, the order of the Bucks County Court of Common Pleas is reversed insofar as it

declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams*, 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado*, 576 Pa. 101, 838 A.2d 710 (2003).